NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5075, -5077

REPUBLIC SAVINGS BANK, F.S.B.,
REPUBLIC HOLDING COMPANY,
MCB FINANCIAL GROUP, INC.,
and MEADOWS RESOURCES, INC.,

Plaintiffs-Cross Appellants,

and

PUBLIC SERVICE COMPANY OF NEW MEXICO,

Plantiff,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 92-CV-265,
Senior Judge Loren A. Smith.

ON MOTION

Before DYK, Circuit Judge.

ORDER

The United States moves for a 30-day extension of time, until March 19, 2009, to file its reply and response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

FEB 2 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK

cc:    Christopher T. Handman, Esq
       Jeanne E. Davidson, Esq.

s17